UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JTH TAX LLC d/b/a LIBERTY TAX SERVICE
and SIEMPRETAX+ LLC,

     **Plaintiffs,**

Case No.: 8:20-cv-628-CEH-JSS

     v.

ANDREW C. PENNOYER, NICHOLAS
PENNOYER, HEATHER PENNOYER,
and KANE FINANCIAL SOLUTIONS LLC
d/b/a FREEDOM TAX SERVICE

     **Defendants.**
_____/

## STIPULATED TEMPORARY RESTRAINING ORDER AND PARTIAL DISMISSAL

This matter comes before the Court upon Plaintiffs' Unopposed Motion to Enter Stipulated Injunction and Partial Dismissal (DE 10) (D.E. 22), filed on August 11, 2020. The Parties, Plaintiffs JTH Tax LLC d/b/a Liberty Tax Service ("Liberty") and SiempreTax+ LLC ("SiempreTax") (collectively, "Plaintiffs") and Defendants Andrew C. Pennoyer ("Andrew Pennoyer"), Nicholas Pennoyer, Heather Pennoyer, and Kane Financial Solutions LLC d/b/a Freedom Tax Service ("Freedom Tax") (collectively "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), by and through their respective counsel, stipulate to the entry of a stipulated temporary restraining order as follows:

WHEREAS Plaintiffs filed their Verified Complaint seeking damages and injunctive relief in the above-captioned case (the "Action") on March 18, 2020 [D.E. 1];

WHEREAS Plaintiffs intended to file a Motion for Temporary Restraining Order and Preliminary Injunctive Relief against Defendants;

1

WHEREAS the Parties have resolved the claims as they pertain to injunctive relief through agreement; and

It appearing upon the agreement of the Parties to this Action;

**IT IS HEREBY ORDERED**, as follows:

The agreements and stipulations described are the product of compromise solely to mitigate damages to third parties. They are not evidence of liability or fault of Defendants and are not admissible as such under any circumstances.

1. A Stipulated Temporary Injunction be and is hereby entered against Andrew Pennoyer, together with his officers, agents, servants, employees, and any other persons in active concert or participation with Andrew Pennoyer (the "Pennoyer Parties"), which shall remain in force and effect until a final judgment is entered in this matter or June 5, 2022, whichever comes first, as set forth below:

    a. Enjoining each of the Pennoyer Parties from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products at the former Franchise Location, which is located at 1816 US Highway 19, Holiday, Florida 34691;

    b. Enjoining each of the Pennoyer Parties from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products within twenty-five miles of the FL024, FL026, FL047, FL054, and FL327 Territories;

    c. Enjoining each of the Pennoyer Parties from directly or indirectly soliciting any person or entity served by the former Franchised Businesses between February 7, 2019 and February 7, 2020, for the purpose of offering such person or entity, for a

    fee or charge, income tax preparation, electronic filing of tax returns, or Financial Products;

d. Enjoining each of the Pennoyer Parties from using any of Plaintiffs' respective Marks or any confusingly similar name, device, mark, trademark, trade name, slogan, or symbol used in connection with any Liberty Tax Service® or SiempreTax® franchise, including any reproduction, counterfeit copy, variation, emulation, or colorable imitation thereof in a manner which is likely to cause confusion or mistake or deceive the public;

e. Enjoining each of the Pennoyer Parties from displaying the Marks, including but not limited to, LIBERTY TAX, LIBERTY TAX SERVICE, LIBERTY INCOME TAX, [LIBERTY TAX SERVICE logo], CASH IN A FLASH, Statue of Liberty wavers, Uncle Sam wavers, and the Statue of Liberty;

f. Enjoining each of the Pennoyer Parties from displaying marks substantially similar to the Marks, including, but not limited to, statues, images, or silhouettes of the Statue of Liberty or Uncle Sam in conjunction with a tax preparation business; or use of the name FREEDOM TAX SERVICE in conjunction with a tax preparation business;

g. Enjoining each of the Pennoyer Parties from using "Wavers" dressed as the Statue of Liberty or Uncle Sam at or near any tax preparation business; and

h. Enjoining each of the Pennoyer Parties from using any confidential information and/or trade secrets provided by Plaintiffs, including, but not limited to, methods

3

of operation, marketing information, operations manual, customer lists, customer information, and customer tax returns.

2. A Stipulated Injunction be and is hereby entered against Nicholas Pennoyer, Heather Pennoyer, and Freedom Tax, together with their officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with them (hereinafter the "Freedom Tax Parties"), which shall remain in force and effect until June 5, 2022, as set forth below:

   a. Enjoining each of the Freedom Tax Parties from directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products at the former Franchise Location, which is located at 1816 US Highway 19, Holiday, Florida 34691;

   b. Enjoining each of the Freedom Tax Parties from performing any acts such that Andrew Pennoyer is directly or indirectly, for a fee or charge, preparing or electronically filing income tax returns, or offering Financial Products within twenty-five miles of the FL024, FL026, FL047, FL054, and FL327 Territories;

   c. Except for family members, enjoining each of the Freedom Tax Parties from directly or indirectly soliciting any person or entity served by the former Franchised Businesses between February 7, 2019 and February 7, 2020, for the purpose of offering such person or entity, for a fee or charge, income tax preparation, electronic filing of tax returns, or Financial Products;

3. A Stipulated Injunction be and is hereby entered against the Freedom Tax Parties, which shall remain in force permanently:

a. Enjoining each of the Freedom Tax Parties from using any of Plaintiffs' respective Marks or any confusingly similar name, device, mark, trademark, trade name, slogan, or symbol used in connection with any Liberty Tax Service® or SiempreTax® franchise, including any reproduction, counterfeit copy, variation, emulation, or colorable imitation thereof in a manner which is likely to cause confusion or mistake or deceive the public;

b. Enjoining each of the Freedom Tax Parties from displaying the Marks, including but not limited to, LIBERTY TAX, LIBERTY TAX SERVICE, LIBERTY INCOME TAX, [Liberty Tax Service logo], CASH IN A FLASH, Statue of Liberty wavers, Uncle Sam wavers, and the Statue of Liberty;

c. Enjoining each of the Freedom Tax Parties from displaying marks substantially similar to the Marks, including, but not limited to, statues, images, or silhouettes of the Statue of Liberty or Uncle Sam in conjunction with a tax preparation business; or use of the name FREEDOM TAX SERVICE in conjunction with a tax preparation business;

d. Enjoining each of the Freedom Tax Parties from using "Wavers" dressed as the Statue of Liberty or Uncle Sam at or near any tax preparation business; and

e. Enjoining each of the Freedom Tax Parties from using any confidential information and/or trade secrets provided by Plaintiffs, including, but not limited to, methods of operation, marketing information, operations manual, customer lists, customer information, and customer tax returns.

4. Nicholas Pennoyer, Heather Pennoyer, and Freedom Tax shall cooperate with Liberty and its designees to transfer the lease for the former Franchise Location located at 1816 US Highway 19, Holiday, Florida 34691.

5. Within 10 days from the date of this Order, Defendants shall alter, at their own expense, the appearance of the former Franchise Locations to eliminate all Marks and confusingly similar Marks.

6. Within 10 days of the date of this Order, Defendants shall deliver to Plaintiffs, at Defendants' expense, all operating manuals, proprietary information, confidential materials, customer lists, and any other written materials containing any of Plaintiffs' trademarks, confidential information, or otherwise related to the former Franchised Businesses within Defendants' possession, custody, or control.

7. Should the Pennoyer Parties' or Freedom Tax Parties' actions result in Liberty or SiempreTax moving to enforce this Stipulated Temporary Restraining Order and Partial Dismissal, Liberty shall be entitled to its attorneys' fees and costs.

8. Each of the foregoing agreements and stipulations is made without prejudice to either Party's position or defenses in this case as well as each Party's objections and protests of actions taken by the other.

9. Plaintiffs, through counsel, and Nicholas Pennoyer, Heather Pennoyer, and Freedom Tax stipulate to the dismissal of all claims in this case as to Nicholas Pennoyer, Heather Pennoyer, and Freedom Tax, only, with prejudice, with each party to bear its own costs and attorneys' fees.

10. Plaintiffs' claims against Nicholas Pennoyer, Heather Pennoyer, and Kane Financial Solutions LLC d/b/a Freedom Tax Service are hereby dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs.

11. Plaintiffs' claims against Andrew Pennoyer are not dismissed.

12. Plaintiffs' Unopposed Motion to Enter Stipulated Injunction and Partial Dismissal (D.E. 22) is **GRANTED**. Accordingly it is

**ORDERED** this 1st day of December 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:

Counsel of Record
Any pro se parties