# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JTH TAX LLC and SIEMPRETAX+ LLC,

    Plaintiffs,

v.                                                                                          Case No: 8:20-cv-628-CEH-JSS

ANDREW C. PENNOYER,

    Defendant.
_____/

## ORDER

The Court has been advised by the Notice of Settlement In Principle and Time-Sensitive Joint Motion to Stay Deadlines (Doc. 42) that the above-styled action has been settled, in principle. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **denied** as moot and the Clerk is **directed** to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on July 22, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record