**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JTH TAX LLC and SIEMPRETAX+ LLC,

    Plaintiffs,

v.                                                                                    Case No: 8:20-cv-628-CEH-JSS

ANDREW C. PENNOYER,

    Defendant.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on July 22, 2021, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 43). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 24, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any